Pearl St. Parking Assoc. LLC v County of Erie (2024 NY Slip Op 05706)

Pearl St. Parking Assoc. LLC v County of Erie

2024 NY Slip Op 05706

Decided on November 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, MONTOUR, GREENWOOD, AND HANNAH, JJ.

729 CA 23-01330

[*1]PEARL STREET PARKING ASSOCIATES LLC, AND VIOLET REALTY, INC., DOING BUSINESS AS MAIN PLACE LIBERTY GROUP, PLAINTIFFS-APPELLANTS-RESPONDENTS,
v
COUNTY OF ERIE, MARK C. POLONCARZ, WILLIAM GEARY, DEFENDANTS-RESPONDENTS-APPELLANTS, AND CITY OF BUFFALO, DEFENDANT. 

THE KNOER GROUP, PLLC, BUFFALO (COLIN M. KNOER OF COUNSEL), FOR PLAINTIFFS-APPELLANTS-RESPONDENTS.
LIPPES MATHIAS LLP, BUFFALO (JAMES P. BLENK OF COUNSEL), FOR DEFENDANTS-RESPONDENTS-APPELLANTS. 

 Appeal and cross-appeal from an order of the Supreme Court, Erie County (Raymond W. Walter, J.), entered July 31, 2023. The order, among other things, denied in part plaintiffs' motion to compel and denied the cross-motion of defendants County of Erie, Mark C. Poloncarz, and William Geary to dismiss the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: November 15, 2024
Ann Dillon Flynn
Clerk of the Court